```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 08347
   SERGIO GUTIERREZ
   SOL MARIA GUTIERREZ                          CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-6191     SSN XXX-XX-0585

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/13/06 and confirmed on 11/13/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  21172.40 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | 485.70 | .00 | 485.70 |
| SELECT PORTFOLIO SERVICI | SECURED | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 93.59 | .00 | 93.59 |
| AURORA FINANCE LOAN | SECURED | 200.00 | 6.02 | 200.00 |
| DAIMLER CHRYSLER FINANCI | SECURED | 2986.19 | 212.39 | 2986.19 |
| FIRST AMERICORP | SECURED | 50.00 | .70 | 50.00 |
| KANE COUNTY TREASURER | SECURED | 4778.00 | 815.77 | 4778.00 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 248.64 | .00 | 248.64 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| BUDGET FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1478.90 | .00 | 1478.90 |
| B REAL LLC | UNSECURED | 1268.48 | .00 | 1268.48 |
| CONSUMER FINANCIAL SERVI | UNSECURED | 1816.00 | .00 | 1816.00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CITIZENS BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 845.54 | .00 | 845.54 |
| MRC RECEIVABLES HOUSEHOL | UNSECURED | NOT FILED | .00 | .00 |
| NEW FAMILY DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                    UNSECURED         379.27            .00        379.27
OPTION ONE MORTGAGE          UNSECURED      NOT FILED            .00           .00
PALISADES COLLECTION         UNSECURED      NOT FILED            .00           .00
SHERMAN HOSPITAL             UNSECURED      NOT FILED            .00           .00
COTTONWOOD FINANCIAL LTD     UNSECURED         707.11            .00        707.11
JEFFERSON CAPITAL SYSTEM     UNSECURED         644.43            .00        644.43
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 8593.48  | .00      | 7388.37   | .00   | 15981.85 |
| PRINCIPAL PAID     | 8593.48  | .00      | 7388.37   | .00   | 15981.85 |
| INTEREST PAID      | 1034.88  | .00      | .00       | .00   | 1034.88  |
| TOTAL PAID         | 9628.36  | .00      | 7388.37   | .00   | 17016.73 |

The Debtor's attorney, RICHARD E SEXNER              , was allowed $   2775.00
and was paid $    520.00   direct and $   2255.00   through the plan.

The Trustee received $    962.90 .

Refunds to the Debtor totaled $    937.77 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 07/21/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 06 B 08347 SERGIO GUTIERREZ & SOL MARIA GUTIERREZ